AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| RIVERSIDE POLICE OFFICERS ASSOCIATION and TORRANCE POLICE OFFICERS ASSOCIATION, on their own behalf and on behalf of others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>PEACE OFFICERS RESEARCH ASSOCIATION OF CALIFORNIA LEGAL DEFENSE FUND; LEGAL DEFENSE ADMINISTRATORS, INC.; EDWARD FISHMAN; CINDI FORBES; REBECCA MANN; FRED ROWBOTHAM; DEE DEE LUNDQUIST; DUSTIN SMITH; CHRIS COULTER; KERRY CONDON; RON COTTINGHAM; MICHAEL DURANT,<br>*Defendant(s)* | Civil Action No. 8:15-CV-1335 CJC (JCGx) |

**SUMMONS IN A CIVIL ACTION**

To the above-named defendants: PEACE OFFICERS RESEARCH ASSOCIATION OF CALIFORNIA LEGAL DEFENSE FUND; LEGAL DEFENSE ADMINISTRATORS, INC.; EDWARD FISHMAN; CINDI FORBES; REBECCA MANN; FRED ROWBOTHAM; DEE DEE LUNDQUIST; DUSTIN SMITH; CHRIS COULTER; KERRY CONDON; RON COTTINGHAM; MICHAEL DURANT,

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  CALLAHAN & BLAINE, APLC
Edward Susolik (Bar No. 151081)
Richard T. Collins (Bar No. 166577)
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
(714) 241-4444 / (714) 241-4445 [Fax]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: August 28, 2015

*J. Tillman*
*Signature of Clerk or Deputy Clerk*