Teresa S. Renaker, Cal. Bar No. 187800
Margaret E. Hasselman, Cal. Bar No. 228529
RENAKER HASSELMAN LLP
235 Montgomery St., Suite 944
San Francisco, CA 94104
Telephone: (415) 653-1733
Facsimile: (415) 727-5079
teresa@renakerhasselman.com
margo@renakerhasselman.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RIVERSIDE POLICE OFFICERS ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PEACE OFFICERS RESEARCH ASSOCIATION OF CALIFORNIA LEGAL DEFENSE FUND, et al., <br><br> Defendants. | Case No. 8:15-cv-01335-CJC-JCG <br><br> **NOTICE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Defendants, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

    Riverside Police Officers Association – Plaintiff

    Torrance Police Officers Association – Plaintiff

    Peace Officers Research Association of California Legal Defense Fund – Defendant

    Legal Defense Administrators, Inc. – Defendant

    Edward Fishman – Defendant

1. Cindi Forbes – Defendant
2. Rebecca Mann – Defendant
3. Fred Rowbotham – Defendant
4. Dee Dee Lundquist – Defendant
5. Dustin Smith – Defendant
6. Chris Coulter – Defendant
7. Kerry Condon – Defendant
8. Ron Cottingham – Defendant
9. Michael Durant – Defendant
10. Federal Insurance Company, a member of the Chubb Group of Insurance Companies – Insurer

Respectfully submitted,

Dated: October 19, 2015

RENAKER HASSELMAN LLP

By: */s/ Teresa S. Renaker*
Teresa S. Renaker

Attorneys for Defendants