CALLAHAN & BLAINE, APLC
Edward Susolik (Bar No. 151081)
ES@callahan-law.com
Richard T. Collins (Bar No. 166577)
Rcollins@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Plaintiffs, RIVERSIDE POLICE OFFICERS ASSOCIATION AND TORRANCE POLICE OFFICERS ASSOCIATION, on their own behalf and on behalf of a class of others similarly situated

UNITED DISTRICT COURT OF CALIFORNIA

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERSIDE POLICE OFFICERS ASSOCIATION and TORRANCE POLICE OFFICERS ASSOCIATION, on their own behalf and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PEACE OFFICERS RESEARCH ASSOCIATION OF CALIFORNIA LEGAL DEFENSE FUND; LEGAL DEFENSE ADMINISTRATORS, INC.; EDWARD FISHMAN; CINDI FORBES; REBECCA MANN; FRED ROWBOTHAM; DEE DEE LUNDQUIST; DUSTIN SMITH; CHRIS COULTER; KERRY CONDON; RON COTTINGHAM; MICHAEL DURTI, <br><br> Defendants. | **CASE NO. 8:15-cv-1335** <br><br> **WAIVER OF SERVICE OF SUMMONS** <br><br> Judge: Hon. Cormac J. Carney <br><br> Complaint Filed: August 20, 2015 <br> Trial Date: None Set |

WAIVER OF SERVICE OF SUMMONS

To: Plaintiffs, Riverside Police Officers Association and Torrance Police Officers Association, and to their attorneys of record.

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: October 15, 2015

Name: Teresa S. Renaker

Address: Renaker Hasselman LLP
235 Montgomery St., Suite 944, San Francisco, CA 94104

Email: teresa@renakerhasselman.com

Tel: (415) 653-1734

Party waiving service: All Defendants

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and retuned, you can still make these and all other

1

WAIVER OF SERVICE OF SUMMONS

defenses and objections, but you cannot object to the absence of a summons or of service.

If you waiver service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond that if a summons had been served.

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this Court at whose direction service was made. My business address is Callahan & Blaine, APLC, 3 Hutton Centre, Ninth Floor, Santa Ana, California 92707.

On **October 22, 2015**, I served the foregoing document described as:

**WAIVER OF SERVICE OF SUMMONS**

[X]   **BY ELECTRONIC MAIL:** I electronically filed such document with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet as listed below.

> Teresa S. Renaker, Esq.
> RENAKER HASSELMAN LLP
> 235 Montgomery Street, Suite 944
> San Francisco, CA 94104
> (415) 653-1734
> teresa@renakerhasselman.com
> *Attorneys for all Defendants*

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on October 22, 2015, at Santa Ana, California.

/s/
Suzanne Robinson
srobinson@callahan-law