Teresa S. Renaker, Cal. Bar No. 187800
Margaret E. Hasselman, Cal. Bar No. 228529
RENAKER HASSELMAN LLP
235 Montgomery St., Suite 944
San Francisco, CA 94104
Telephone: (415) 653-1733
Facsimile: (415) 727-5079
teresa@renakerhasselman.com
margo@renakerhasselman.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RIVERSIDE POLICE OFFICERS ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PEACE OFFICERS RESEARCH ASSOCIATION OF CALIFORNIA LEGAL DEFENSE FUND, et al.,<br><br>Defendants. | Case No. 8:15-cv-01335-CJC-JCG<br><br>**DECLARATION OF TERESA S. RENAKER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT AND TO STRIKE JURY DEMAND AND CLASS ALLEGATIONS AND IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Date: November 30, 2015<br>Time: 1:30 p.m.<br>Courtroom: 9B, Santa Ana<br>Judge: Hon. Cormac J. Carney |

I, Teresa S. Renaker, declare as follows:

1. I am a partner in the firm of Renaker Hasselman LLP, which is counsel for Defendants in this case. I have personal knowledge of the facts set forth below.

**Conference of Counsel Pursuant to Local Rule 7-3**

2. On October 26, 2015, I spoke by telephone with Richard Collins, counsel for Plaintiffs in this case. The call lasted one hour and twenty-five minutes. During the call, I thoroughly reviewed all the bases for Defendants'

motion to dismiss and to strike.

3. During the call, Mr. Collins confirmed that Plaintiffs' breach of fiduciary duty claim is brought pursuant to ERISA § 502(a)(2), 29 U.S.C. § 1132(a)(2).

4. During the call, Mr. Collins explained that the relevant time during which the alleged fiduciary acts and omissions occurred begins in 2011.

5. Following the call, on October 27, 2015, I sent Mr. Collins an email citing authorities for the propositions that no jury trial is available in ERISA cases; that only participants, beneficiaries, and fiduciaries are authorized to file suit under ERISA's civil enforcement provision; and that constitutional standing to proceed under § 502(a)(2) is lacking where a recovery for the Plan will not inure to the plaintiff's benefit. I also attached Plan documents in effect from 2011 through 2014, showing that Defendants Cottingham and Durant were not listed as Trustees of the Plan during that time. As of November 2, 2015, I have not received a response to my email.

**Documents Incorporated by Reference Into the Complaint**

6. Attached hereto as Exhibit A is a true and correct copy of the Plan Document of the Legal Defense Fund of the Peace Officers Research Association of California (Including Summary Plan Description and Complaint Procedure), as amended through January 14, 2011.

7. Attached hereto as Exhibit B is a true and correct copy of the Plan Document of the Legal Defense Fund of the Peace Officers Research Association of California (Including Summary Plan Description and Complaint Procedure), as amended through February 10, 2012.

8. Attached hereto as Exhibit C is a true and correct copy of the Plan Document of the Legal Defense Fund of the Peace Officers Research Association of California (Including Summary Plan Description and Complaint Procedure), as amended through April 19, 2013.

9. Attached hereto as Exhibit D is a true and correct copy of the Plan Document of the Legal Defense Fund of the Peace Officers Research Association of California (Including Summary Plan Description and Complaint Procedure), as amended through April 28, 2014.

10. Attached hereto as Exhibit E is a true and correct copy of Amendments One through Four to the PORAC Legal Defense Fund Plan Document dated April 28, 2014.

11. Attached hereto as Exhibit F is a true and correct copy of a letter from the Peace Officers Research Association of California Legal Defense Fund to Brian Smith, Riverside Police Officers Association, dated February 20, 2015.

12. Attached hereto as Exhibit G is a true and correct copy of a letter from the Peace Officers Research Association of California Legal Defense Fund to Douglas Hath, President, Torrance Police Officers' Association, dated March 19, 2015.

**Documents Subject to Judicial Notice**

13. Attached hereto as Exhibit H is a true and correct copy of the Complaint in *PORAC Legal Defense Fund v. Lackie, Dammeier, McGill & Ethir, et al.*, No. 30-2013-00690039-CU-FR-CJC (Superior Court of California, County of Orange), from the court's website.

14. Attached hereto as Exhibit I is a true and correct copy of the court's docket in *PORAC Legal Defense Fund v. Lackie, Dammeier, McGill & Ethir, et al.*, No. 30-2013-00690039-CU-FR-CJC (Superior Court of California, County of Orange), from the court's website.

15. Attached hereto as Exhibit J is a true and correct copy of the Complaint in *Board of Trustees of the Legal Defense Fund of the Peace Officers Research Association of California v. Lackie, Dammeier, McGill & Ethir, et al.*, No. 2:14-cv-00862-GEB-KJN (E.D. Cal.), from the court's electronic case filing system.

1    16.    Attached hereto as Exhibit K is a true and correct copy of the docket in *Board of Trustees of the Legal Defense Fund of the Peace Officers Research Association of California v. Lackie, Dammeier, McGill & Ethir, et al.*, No. 2:14-cv-00862-GEB-KJN (E.D. Cal.), from the court's electronic case filing system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of November, 2015, at San Francisco, California.

*/s/ Teresa S. Renaker*
Teresa S. Renaker