Teresa S. Renaker, Cal. Bar No. 187800
Margaret E. Hasselman, Cal. Bar No. 228529
RENAKER HASSELMAN LLP
235 Montgomery St., Suite 944
San Francisco, CA 94104
Telephone: (415) 653-1733
Facsimile: (415) 727-5079
teresa@renakerhasselman.com
margo@renakerhasselman.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RIVERSIDE POLICE OFFICERS ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PEACE OFFICERS RESEARCH ASSOCIATION OF CALIFORNIA LEGAL DEFENSE FUND, et al.,<br><br>Defendants. | Case No. 8:15-cv-01335-CJC-JCG<br><br>**REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT AND TO STRIKE JURY DEMAND AND CLASS ALLEGATIONS**<br><br>Date: November 30, 2015<br>Time: 1:30 p.m.<br>Courtroom: 9B, Santa Ana<br>Judge: Hon. Cormac J. Carney |

Pursuant to Local Rule 7-10, Defendants submit the following reply memorandum in support of their Motion to Dismiss Complaint and to Strike Jury Demand and Class Allegations (ECF 10). Defendants' motion should be granted for the reasons stated in their memorandum in support of the motion, and pursuant to Local Rule 7-12, because Plaintiffs have failed to file an opposition within the deadline, and so may be deemed to have consented to the granting of the motion.

On October 26, 2015, counsel for the parties held the required conference of counsel pursuant to Local Rule 7-3, at which Defendants' counsel reviewed the grounds for the motion to dismiss. (ECF 11, ¶ 2.) On October 27, 2015, Defendants' counsel sent a follow-up email to Plaintiffs' counsel with supporting authorities for several points. (*Id.*, ¶ 5.) Defendants' counsel did not receive a

response to this email. (*Id.*)

On November 2, 2015, Defendants filed their motion, together with a supporting declaration and request for judicial notice. (ECF 10, 11, 12.) Defendants requested an order dismissing the Complaint with prejudice and, to the extent not dismissed with prejudice, striking the jury demand and class allegations. (ECF 10.) Defendants noticed their motion for November 30, 2015. (*Id.*)

Pursuant to Local Rule 7-9, Plaintiffs were required to file their opposition to the motion, if any, no later than twenty-one days before the designated hearing date, or November 9, 2015. Plaintiffs have not filed any opposition.

Local Rule 7-12 provides that the failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting of the motion.

Accordingly, pursuant to Local Rule 7-12, and for the reasons stated in the motion, Defendants' motion should be granted and the Complaint should be dismissed with prejudice.

Respectfully submitted,

Dated: November 10, 2015          RENAKER HASSELMAN LLP

By:   */s/ Teresa S. Renaker*
      Teresa S. Renaker

Attorneys for Defendants