# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **RIVERSIDE POLICE OFFICERS ASSOCIATION, ET AL.**<br><br>**Plaintiffs,**<br>v.<br><br>**PEACE OFFICERS RESEARCH ASSOCIATION OF CALIFORNIA LEGAL DEFENSE FUND, ET AL.**<br><br>**Defendants.** | Case No.: SACV 15-01335-CJC(JCGx)<br><br>**JUDGMENT** |

Pursuant to the Court's December 1 and January 13 Orders, (Dkt. 21; Dkt. 26), it is HEREBY ADJUDGED that Plaintiffs' complaint is dismissed with prejudice.

DATED:  January 13, 2016

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE

-1-